IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rousseau, Shaun P | Case Number: 08 B 05849 |
| | Judge: Squires, John H |
| Printed: 12/16/08 | Filed: 3/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2008
Confirmed: June 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,240.00 | |
| Secured: | | 642.42 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,387.00 |
| Trustee Fee: | | 210.58 |
| Other Funds: | | 0.00 |
| Totals: | 3,240.00 | 3,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,387.00 | 2,387.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Partners & Collections | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 101.57 | 52.10 |
| 5. | Chase Home Finance | Secured | 18,408.94 | 519.74 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 2,500.00 | 70.58 |
| 7. | Internal Revenue Service | Priority | 1,984.17 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 16,096.99 | 0.00 |
| 9. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 14,264.44 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 889.02 | 0.00 |
| 12. | B-Real LLC | Unsecured | 446.36 | 0.00 |
| 13. | La Chapelle Credit Service | Unsecured | 157.14 | 0.00 |
| 14. | Nicor Gas | Unsecured | 438.87 | 0.00 |
| 15. | Northern Indiana Public Ser | Unsecured | 732.66 | 0.00 |
| 16. | Cavalry Portfolio Services | Unsecured | 441.56 | 0.00 |
| 17. | Bud's Ambulance | Unsecured | 274.42 | 0.00 |
| 18. | Cook County Treasurer | Secured | | No Claim Filed |
| 19. | Benny Knot | Priority | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Credit Management Co. | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 24. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 25. | Partners & Collections | Unsecured | | No Claim Filed |
| 26. | Riddled Assoc P C | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rousseau, Shaun P | Case Number: 08 B 05849 |
|---|---|
| | Judge: Squires, John H |
| Printed: 12/16/08 | Filed: 3/12/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 59,123.14 | $ 3,029.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 210.58 |
| | $ 210.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

